IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| EVELYN MURPHY,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON,<br><br>    Defendant. | C.A. No. 6:15-CV-4822-MGL |

## ORDER

This matter is before the Court on the Parties' Joint Motion to Amend the Specialized ERISA Case Management Order ("ECMO") in this matter. Having considered the motion and for good cause shown, it is **ORDERED** and **ADJUDGED** that:

1. The Parties' Motion is **GRANTED**.

2. The ECMO is hereby amended, as follows:

    a. Mediation:                                              August 25, 2016

    b. Cross Motions for Judgment and Joint Stipulation:       September 26, 2016

    c. Replies:                                                October 3, 2016

**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　s/Mary Geiger Lewis
　　　　　　　　　　　　　　　　　　MARY GEIGER LEWIS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

June 27, 2016
Columbia, South Carolina